**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIMOTHY DOLAN et. al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:15-CV-01987 |
| v. | (JUDGE CAPUTO) |
| PHL VARIABLE INSURANCE COMPANY, et. al., | |
| Defendants. | |

## ORDER

**NOW**, this 25th day of October, 2017, upon review of Defendants' Motions to Dismiss (Docs. 64-67) **IT IS HEREBY ORDERED** that:

(1) Defendants' Motions to Dismiss are **GRANTED**.

    (a) Count I of Plaintiffs' Amended Complaint is **DISMISSED without prejudice**.

    (b) Count II of Plaintiffs' Amended Complaint is **DISMISSED without prejudice**.

    (c) Count III of Plaintiffs' Amended Complaint is **DISMISSED with prejudice**.

(2) Plaintiffs have **twenty-one (21) days** from the date of entry of this Order to file a second amended complaint to properly plead the claims dismissed without prejudice herein, if they are able to do so; otherwise, these claims will be **dismissed with prejudice.**

                                                   /s/ A. Richard Caputo
                                                   A. Richard Caputo
                                                   United States District Judge