**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIMOTHY AND ANN DOLAN, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> PHL VARIABLE INSURANCE COMPANY, et. al., <br><br> Defendants. | CIVIL ACTION NO. 3:15-CV-01987 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 6th day of April, 2018 **IT IS HEREBY ORDERED** that:

(1) Defendant Forethought Life Insurance Company's Motion to Dismiss (Doc. 95) Plaintiffs' Second Amended Complaint (Doc. 89) is **GRANTED in part and DENIED in part** as follows:

    (a) Count II of the Second Amended Complaint is **DISMISSED with prejudice**.

(2) Defendant North American Company For Life and Health Insurance's Motion to Dismiss (Doc. 96) Plaintiffs' Second Amended Complaint (Doc. 89) is **GRANTED**, and Counts I and II of the Second Amended Complaint are **DISMISSED with prejudice**.

(3) Defendant Allianz Life Insurance Company of North America's Motion to Dismiss (Doc. 97) Plaintiffs' Second Amended Complaint (Doc. 89) is **GRANTED**, and Counts I and II of the Second Amended Complaint are **DISMISSED with prejudice**.

(4) Defendant PHL Variable Insurance Company's Motion to Dismiss (Doc. 98) Plaintiffs' Second Amended Complaint (Doc. 89) is **GRANTED in part and DENIED in part** as follows:

(a) Count II of the Second Amended Complaint is **DISMISSED with prejudice**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge